## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD A. HYSONG, On Behalf of himself and All Others Similarly Situated,<br><br>        Plaintiff,<br><br>        v.<br><br>ENCORE ENERGY PARTNERS LP, ENCORE ENERGY PARTNERS GP LLC, SCOTT W. SMITH, RICHARD A. ROBERT, DOUGLAS PENCE, W. TIMOTHY HAUSS, DAVID BAGGETT, JOHN E. JACKSON, MARTIN G. WHITE and VANGUARD NATURAL RESOURCES LLC,<br><br>        Defendants. | Case No. 1:11-cv-00781-UNA<br><br>CLASS ACTION COMPLAINT FOR VIOLATION OF SECTION 14(a) AND 20(a) OF THE SECURITIES EXCHANGE ACT OF 1934<br><br>**JURY TRIAL DEMANDED** |

### SUBSTITUTION OF COUNSEL AND ENTRY OF APPEARANCE

PLEASE withdraw the appearance of James C. Strum, Esquire (Del. Bar No. 2518) as attorney of record and enter the appearance of James P. McEvilly, III, Esquire (Del. Bar No. 4807) as attorney on behalf of Plaintiff Donald A. Hysong in the above-captioned matter.

Dated: September 14, 2011

**OF COUNSEL:**

**FARUQI & FARUQI, LLP**
Juan Monteverde
369 Lexington Avenue, 10th Fl.
New York, NY 10017
Tel.: (212) 983-9330
Fax: (212) 983-9331

*Attorneys for Plaintiff Donald A. Hysong*

**FARUQI & FARUQI, LLP**

_____
James P. McEvilly, III (#4807)
20 Montchanin Road, Suite 145
Wilmington, DE 19807
Tel.: (302) 482-3182
Fax: (302) 4823612

*Attorneys for Plaintiff Donald A. Hysong*